IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DARRELL WILLIAMS, | : | |
| Plaintiff, | : | Case No. 3:12cv00086 |
| vs. | : | District Judge Timothy S. Black<br>Magistrate Judge Sharon L. Ovington |
| DR. JOSEPH DICCIO, *et al.*, | : | |
| Defendants. | : | |

## DECISION AND ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #3), to whom this case was originally referred pursuant to 28 U.S.C. §636(b). Noting that no objections have been filed thereto and that the time for filing objections under Fed. R. Civ. P. 72(b) has expired, the Court **ADOPTS** said Report and Recommendations in full.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on March 21, 2012 (Doc. #3) is **ADOPTED** in full;

2. Plaintiff's Complaint is **DISMISSED** without prejudice to renewal in state court;

3. The Court **CERTIFIES** pursuant to 28 U.S.C. §1915(a)(3) that an appeal would not be taken in good faith, and consequently, leave for Plaintiff to appeal *in forma pauperis* is **DENIED**; and,

4. The case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 4/11/12

Timothy S. Black
United States District Judge