# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**DARRELL WILLIAMS,**

    Plaintiff,

**-vs-**

        **CASE NO.    3:12-CV-086**

        **Judge Timothy S. Black**
        **Magistrate Judge Sharon L. Ovington**

**DR. JOSEPH DICCIO,** *et al.***,**

    Defendants.

## JUDGMENT IN A CIVIL CASE

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations of the United States Magistrate (Doc. 3) is **ADOPTED** in full; that the Plaintiff's Complaint is **DISMISSED** without prejudice to renewal in the state court; that the Court **CERTIFIED** pursuant to 28 U.S.C. §1915(a)(3) that an appeal would not be taken in good faith, and consequently, leave for Plaintiff to appeal *in forma pauperis* is **DENIED**;  and that the case is **TERMINATED** from the docket of the Court.

Date:  April 11, 2012                          **JAMES BONINI, CLERK**

                                                  By: *s/ M. Rogers*
                                                  Deputy Clerk