# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**DARRELL WILLIAMS,**

 Plaintiff,

              **CASE NO.**   **3:12-CV-086**

**-vs-**

              **Judge Timothy S. Black**
              **Magistrate Judge Sharon L. Ovington**

**DR. JOSEPH DICCIO,** *et al.*,

 Defendants.

_____

## JUDGMENT IN A CIVIL CASE
_____

 **[ ]**  **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

 **[X]**  **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

  **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations of the United States Magistrate (Doc. 3) is **ADOPTED** in full; that the Plaintiff's Complaint is **DISMISSED** without prejudice to renewal in the state court; that the Court **CERTIFIED** pursuant to 28 U.S.C. §1915(a)(3) that an appeal would not be taken in good faith, and consequently, leave for Plaintiff to appeal *in forma pauperis* is **DENIED**; and that the case is **TERMINATED** from the docket of the Court.

Date:  April 11, 2012      **JAMES BONINI, CLERK**

            By: *s/ M. Rogers*
            Deputy Clerk